**United States Bankruptcy Court**
**Western District of Wisconsin**

Timothy B. O'Brien LLC d/b/a Apple Wellness

    Plaintiff/Counterclaim Defendant,

v.                                                   Case No. 18-CV-684

David Knott and Embrace Wellness LLC
    Defendants/Counterclaimants,

and

Timothy O'Brien,
    Counter-Defendant.

## Notice of Appeal

David Knott and Embrace Wellness LLC (collectively "Knott") hereby gives notice that he appeals the Final Order (Dkt. #69) and Judgment (Dkt. #70) by or under the Honorable James D. Peterson to the Seventh Circuit Court of Appeals. *See* Fed. R. App. Proc. 3. The Final Order and Judgment (Docket #67-70) are hereby incorporated by reference as if attached hereto.

The Final Order and Judgment awards Knott costs but not any attorney fees to which he argues to be entitled under the law.

Dated:   June 14, 2019                               Respectfully Submitted:

                                                            /s/ Kyle Hanson

                                                            Kyle Hanson | Hanson Law Group LLP
                                                            *Attorneys for Plaintiff Peggy Berg*
                                                            1000 Hart Road Suite 300
                                                           Barrington, IL 60010
                                                          kylehanson@hansonlawgrp.com
                                                          (847) 282 0003